IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SARAH PEARSON**                                                        **PLAINTIFF**

v.                         **CASE NO. 4:23-CV-01080-BSM**

**TYSON FOODS, INC.**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of September, 2025.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE